STEPHANIE M. HINDS (CABN 154284)
United States Attorney

THOMAS A. COLTHURST (CABN 99493)
Chief, Criminal Division

ALEXANDRA SHEPARD (CABN 205143)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6767
    FAX: (415) 436-7234
    alexandra.shepard@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 4:21-MJ-71091-MAG |
| Plaintiff, | STIPULATION AND ORDER CONTINUING PRELIMINARY HEARING OR ARRAIGNMENT AND EXCLUDING RULE 5 AND SPEEDY TRIAL TIME |
| v. | |
| ALIREZA MOHEB, KEVIN RAMIREZ, | |
| Defendants. | |

Stip & Order Continuing Preliminary Hearing    1
4:21-MJ-71091-MAG

On July 2, 2021, the Court conducted an initial appearance for defendant Moheb, and on July 7, 2021, the Court conducted an initial appearance for defendant Ramirez, both of whom stand charged by Complaint with narcotics charges in violation of Title 21, United States Code. The matter is currently scheduled for either a preliminary hearing or arraignment on February 11, 2022. The government has produced discovery which defense counsel is in the process of reviewing and discussing with their clients. The parties are hopeful that they can reach pre-indictment resolutions, but require additional time to discuss and potentially finalize any such agreements.

Therefore, the parties hereby stipulate and agree:

1. The preliminary hearing/arraignment scheduled for February 11, 2022 should be continued to March 24, 2022 at 10:00 a.m. before the duty magistrate judge. There is "good cause" for such a continuance. 18 U.S.C. § 3142(f)(2).

2. The time between February 11, 2022 and March 24, 2022 should be excluded under the Speedy Trial Act because failure to grant the requested continuance would deny defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. *See* 18 U.S.C. § 3161(h)(7)(B)(iv). The ends of justice served by granting the requested continuance outweigh the best interests of the public and the defendant in a speedy trial and in the prompt disposition of criminal cases. *See* 18 U.S.C. § 3161(h)(7)(A).

3. Taking into account the public interest in the prompt disposition of criminal cases, there is good cause to extend the time limits under Federal Rule of Criminal Procedure February 11, 2022 through March 24, 2022.

//
//
//
//
//
//

IT IS SO STIPULATED.

Stip & Order Continuing Preliminary Hearing                 2
4:21-MJ-71091-MAG

DATED: February 10, 2022

Respectfully submitted,

STEPHANIE M. HINDS
United States Attorney

*/s/ Alexandra Shepard*
_____

ALEXANDRA SHEPARD
Assistant United States Attorney

*/s/ James Lassart*
_____

JAMES LASSART
Counsel for Defendant AliReza Moheb

*/s/ Roni Rotholz*
_____

RONI ROTHOLZ
Counsel for Defendant Kevin Ramirez

**ORDER**

Based upon the representation of counsel and for good cause shown, the Court continues the arraignment/preliminary hearing currently scheduled for February 11, 2022 to March 24, 2022, and finds that failing to exclude the time between February 11, 2022 through March 24, 022 would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv).  The Court further finds that the ends of justice served by excluding the time between February 11, 2022 and March 24, 2022 from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial.  The Court also finds good cause for extending the time limits for a preliminary hearing under Federal Rule of Criminal Procedure 5.1 and for extending the 30-day time period for an indictment under the Speedy Trial Act (based on the exclusions set forth above).  *See* Fed. R. Crim. P. 5.1; 18 U.S.C. § 3161(b).

Therefore, IT IS HEREBY ORDERED that the time between February 11, 2022 and March 24, 2022 shall be excluded from computation under the Speedy Trial Act. 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Federal Rule of Criminal Procedure 5.1.

DATED: February 10, 2022

_____
HONORABLE KANDIS A. WESTMORE
United States Magistrate Judge